

FILED
JAN 24 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **AARON MULVEY** § § | Case No. |
| v. § § | SA:21-CV-01210 |
| **LIQUID PROPERTY GROUP, LLC** § § § | |

## ORDER

**IT IS ORDERED** that the jury be sequestered on Tuesday, January 24, 2023 from 12:00 PM to 1:30 PM.

While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence of said jury including cost of coffee and other necessaries incurred by said jury during court recesses shall be paid by the United States Government.

**ORDERED** this 24th day of January 2023.

Henry J. Bemporad
United States Magistrate Judge

Rev 03/07